# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - DJP<br>Courtroom - SF #2<br>Probation Officer: Roy Weber | Court Reporter – Carla Dedula<br>Date – August 23, 2021 |

## 4:21-CR-40057-01

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JAMES POLLARD,<br><br>Defendant. | Connie Larson<br><br><br><br><br>Matthew M. Powers |

TIME HEARING SCHEDULED TO BEGIN: 11:00 AM

TIME:

11:00 AM     Enter non-evidentiary sentencing before the Hon. Karen E. Schreier, United States District Judge, Sioux Falls, SD.

                Defendant sentenced to: twenty-six months' imprisonment, to run concurrent with the remainder of Defendant's state court sentence in case 49CRI19-000944; three years' supervised release; fine is waived; $100 special assessment; forfeiture of item as ordered by the Court.

11:20 AM     Court in recess.